KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYB # 5047964)
*[Pro Hac Vice Admission Forthcoming]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Ph:  (206) 343-7340 | Fax:  (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph:  (415) 217-2089 | Fax: (415) 217-2040
*atreece@earthjustice.org*

*Attorneys for Plaintiffs*

*[Additional counsel listed at end]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDEARTH GUARDIANS, and THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>            Plaintiffs,<br><br>       v.<br><br>DAVID BERNHARDT, U.S. Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, WILBUR ROSS, U.S. Secretary of Commerce, NATIONAL MARINE FISHERIES SERVICE,<br><br>            Defendants. | Case No. 3:19-cv-05206<br><br>CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT  - 1 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Natural Resources Defense Council, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States file this Corporate Disclosure Statement, stating as follows:

1.     Center for Biological Diversity has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

2.     Defenders of Wildlife has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

3.     Sierra Club has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

4.     Natural Resources Defense Council has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

5.     National Parks Conservation Association has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

6.     WildEarth Guardians has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

7.     The Humane Society of The United States has no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

DATED this 21st day of August, 2019.

//

//

//

CORPORATE DISCLOSURE STATEMENT  - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104-1711*
*(206) 343-7340*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

s/ *Kristen L. Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYB # 5047964)
[*Pro Hac Vice Admission Forthcoming*]
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA  98104
Ph:  (206) 343-7340 | Fax:  (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Natural Resources Defense Council, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States*

s/ *Andrea A. Treece*
ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph:  (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

*Local Counsel for Plaintiffs*

REBECCA RILEY (ISBA # 6284356)
[*Pro Hac Vice Admission Forthcoming*]
NATURAL RESOURCES DEFENSE COUNCIL
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: 312-651-7900
rriley@nrdc.org

KARIMAH SCHOENHUT (DCBA #1028390)
SIERRA CLUB
[*Pro Hac Vice Admission Forthcoming*]
2101 Webster St., Suite 1300
Oakland, CA 94612
Tel: 202-548-4584
karimah.schoenhut@sierraclub.org

CORPORATE DISCLOSURE STATEMENT  - 3 -