Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.

Plaintiff(s),

v.

Bernhardt, et al.

Defendant(s).

Case No.: 3:19-cv-05206-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rebecca Riley, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Natural Resources Defense Council in the above-entitled action. My local co-counsel in this case is Andrea Treece, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606

MY TELEPHONE # OF RECORD:
(312) 651-7913

MY EMAIL ADDRESS OF RECORD:
rriley@nrdc.org

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
50 California Street, Suite 500
San Fransisco, CA 94111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 217-2089

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
atreece@earthjustice.org

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6284356.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/22/2019

Rebecca Riley
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rebecca Riley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                         *October 2012*