United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID BERNHARDT, et al.,<br><br>　　　　　Defendants. | Case No.19-cv-05206-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 14, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due January 7, 2020 by 5:00 PM.

Please report to Courtroom 6, 2nd Floor, Ronald V. Dellums Federal Building & United States Courthouse 1301 Clay Street Oakland, CA 94612.

Dated: September 6, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　510-637-3547