| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>DAVID A. ZONANA, State Bar No. 196029<br>Supervising Deputy Attorney General<br>DAVID G. ALDERSON, State Bar No. 231597<br>Supervising Deputy Attorney General<br>GEORGE TORGUN, State Bar No. 222085<br>TARA MUELLER, State Bar No. 161536<br>ERIN GANAHL, State Bar No. 248472<br>Deputy Attorneys General<br>  1515 Clay Street, 20th Floor<br>  P.O. Box 70550<br>  Oakland, CA  94612-0550<br>  Telephone:  (510) 879-1002<br>  Fax:  (510) 622-2270<br>  Email:  George.Torgun@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California*<br><br>*[Additional counsel listed on signature page]* | MAURA HEALEY<br>Attorney General of Massachusetts<br>MATTHEW IRELAND<br>TURNER SMITH<br>Assistant Attorneys General<br>  Office of the Attorney General<br>  Environmental Protection Division<br>  One Ashburton Place, 18th Floor<br>  Boston, MA 02108<br>  Telephone:  (617) 727-2200<br>  Email:  Matthew.Ireland@mass.gov<br>  Email:  Turner.Smith@mass.gov<br><br>*Attorneys for Plaintiff Commonwealth of Massachusetts* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.,**<br><br>                      Plaintiffs,<br><br>      v.<br><br>**DAVID BERNHARDT, et al.,**<br><br>                      Defendants. | Case No. 4:19-cv-05206<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs State of California, by and through Xavier Becerra, Attorney General; Commonwealth of Massachusetts, by and through Maura Healey, Attorney General; State of Maryland, by and through Brian Frosh, Attorney General; State of Colorado, by and through Phil Weiser, Attorney General; State of Connecticut, by and through William Tong, Attorney General; State of Illinois, by and through Kwame Raoul, Attorney General; People of the State of Michigan, by and through Dana Nessel, Attorney General; State of Nevada, by

1

and through Aaron Ford, Attorney General; State of New Jersey, by and through Gurbir S. Grewal, Attorney General; State of New Mexico, by and through Hector Balderas, Attorney General; State of New York, by and through Letitia James, Attorney General; State of North Carolina, by and through Joshua H. Stein, Attorney General; State of Oregon, by and through Ellen Rosenblum, Attorney General; Commonwealth of Pennsylvania, by and through Josh Shapiro, Attorney General; State of Rhode Island, by and through Peter F. Neronha, Attorney General; State of Vermont, by and through Thomas J. Donovan, Jr., Attorney General; State of Washington, by and through Robert W. Ferguson, Attorney General; District of Columbia, by and through Karl A. Racine, Attorney General; and the City of New York, by and through Georgia Pestana, Acting Corporation Counsel (collectively, "State Plaintiffs"), respectfully move the Court to consider whether the above-entitled action is related to a new action that was recently filed by State Plaintiffs in this District: *State of California, et al. v. Bernhardt, et al.*, Case No. 3:19-cv-06013-LB (N.D. Cal., complaint filed Sept. 25, 2019).

Under Civil Local Rule 3-12(a), two cases are related when: (1) they "concern substantially the same parties, property, transaction or event," and (2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both conditions are met here.

First, the actions concern substantially the same "event" because both cases challenge actions by the Secretary of the Interior and the Secretary of Commerce, acting through the U.S. Fish & Wildlife Service ("FWS") and the National Marine Fisheries Service ("NMFS") (collectively, "the Services"), to promulgate three separate final rules ("Final Rules") that undermine key requirements of the federal Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531 *et seq*. *See* 84 Fed. Reg. 45,020 (Aug. 27, 2019) (the "Listing Rule"); 84 Fed. Reg. 44,976 (Aug. 27, 2019) (the "Interagency Consultation Rule"); 84 Fed. Reg. 44,753 (Aug. 27, 2019) (the "4(d) Rule"). Also, both challenges involve the same federal defendants. *See Fin. Fusion, Inc. v. Ablaise Ltd.*, No. C-06-2451 PVT, 2006 WL 3734292, at *3 (N.D. Cal. Dec. 18, 2006) (holding cases were related where they involved the same property and defendants).

1 | Second, it is likely that there would be an unduly burdensome duplication of labor, and/or
2 | conflicting results, if the cases were conducted before different judges because both cases deal with
3 | the same facts and will involve the same administrative record for the Final Rules.  Moreover, both
4 | cases involve the same or similar legal questions regarding whether Final Rules are contrary to the
5 | ESA, whether the Services provided a sufficient rationale for the Final Rules as required by the
6 | Administrative Procedure Act ("APA"), and whether the Services complied with their legal
7 | obligations under the National Environmental Policy Act ("NEPA") in issuing the Final Rules.
8 | *Compare* ECF No. 1, ¶¶ 88-108, *with State of California*, Case No. 3:19-cv-06013-LB, ECF No. 1,
9 | ¶¶ 117-141; s*ee also Fin. Fusion*, 2006 WL 3734292, at *3–4.

10 | For the foregoing reasons, and pursuant to Civil Local Rule 3-12(b), State Plaintiffs
11 | respectfully request that the Court relate this case and Case No. 3:19-cv-06013-LB.

| | |
|---|---|
| Dated:  September 27, 2019 | Respectfully submitted, |
| XAVIER BECERRA<br>Attorney General of California<br>DAVID A. ZONANA<br>Supervising Deputy Attorney General<br>DAVID G. ALDERSON<br>Supervising Deputy Attorney General<br><br>/s/ George Torgun<br>GEORGE TORGUN, State Bar No. 222085<br>TARA MUELLER, State Bar No. 161536<br>ERIN GANAHL, State Bar No. 248472<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA  94612-0550<br>Telephone:  (510) 879-1002<br>Email:  George.Torgun@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California* | MAURA HEALEY<br>Attorney General of Massachusetts<br><br>/s/ Matthew Ireland<br>MATTHEW IRELAND*<br>TURNER SMITH*<br>Assistant Attorneys General<br>Office of the Attorney General<br>Environmental Protection Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone:  (617) 727-2200<br>Email:  Matthew.Ireland@mass.gov<br><br>*Attorneys for Plaintiff*<br>*Commonwealth of Massachusetts* |
| BRIAN E. FROSH<br>Attorney General of Maryland<br><br>/s/ Steven J. Goldstein<br>STEVEN J. GOLDSTEIN*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone:  (410) 576-6414<br>Email:  sgoldstein@oag.state.md.us<br><br>*Attorneys for Plaintiff State of Maryland* | PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Eric R. Olson<br>ERIC R. OLSON*<br>Solicitor General<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>Telephone:  (720) 508-6548<br>Email:  Eric.Olson@coag.gov<br><br>*Attorneys for Plaintiff State of Colorado* |
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Matthew I. Levine<br>MATTHEW I. LEVINE*<br>DANIEL M. SALTON*<br>Assistant Attorneys General<br>Office of the Attorney General<br>P.O. Box 120<br>55 Elm Street<br>Hartford, CT 06141-0120<br>Telephone:  (860) 808-5250<br>Email:  Daniel.Salton@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* | KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Jason E. James<br>JASON E. JAMES*<br>Assistant Attorney General<br>MATTHEW J. DUNN*<br>Chief, Environmental Enf./Asbestos Litig. Div.<br>Office of the Attorney General,<br>Environmental Bureau<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>Telephone:  (312) 814-0660<br>Email:  jjames@atg.state.il.us<br><br>*Attorneys for Plaintiff State of Illinois* |

| | | |
|---|---|---|
| 1 | FOR THE PEOPLE OF THE STATE OF MICHIGAN | AARON D. FORD<br>Attorney General of Nevada |
| 2 | /s/ Nathan A. Gambill | |
| 3 | NATHAN A. GAMBILL*<br>(Michigan Bar No. P75506) | /s/ Heidi Parry Stern<br>HEIDI PARRY STERN* |
| 4 | Assistant Attorney General<br>Environment, Natural Resources, | (Bar. No. 8873)<br>Solicitor General |
| 5 | and Agriculture Division<br>P.O. Box 30755 | Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900 |
| 6 | Lansing, MI 48909<br>Telephone: (517) 335-7664 | Las Vegas, NV 89101<br>Telephone: (702) 486-3420 |
| 7 | Email: gambilln@michigan.gov | Email: HStern@ag.nv.gov |
| 8 | *Attorney for Plaintiff the People of the State of Michigan* | *Attorneys for Plaintiff State of Nevada* |
| 9 | GURBIR S. GREWAL | HECTOR BALDERAS |
| 10 | Attorney General of New Jersey | Attorney General of New Mexico |
| 11 | /s/ Lisa Morelli<br>LISA MORELLI* | /s/ William Grantham<br>WILLIAM GRANTHAM* |
| 12 | Deputy Attorney General<br>Environmental Enforcement & | Assistant Attorney General<br>ANNE MINARD* |
| 13 | Environmental Justice<br>R.J. Hughes Justice Complex | Special Assistant Attorney General<br>201 Third St. NW, Suite 300 |
| 14 | P.O. Box 093<br>Trenton, NJ 08625 | Albuquerque, NM 87102<br>Telephone: (505) 717-3520 |
| 15 | Telephone: (609) 376-2708<br>Email: Lisa.Morelli@law.njoag.gov | E-Mail: wgrantham@nmag.gov |
| 16 | *Attorneys for Plaintiff State of New Jersey* | *Attorneys for Plaintiff State of New Mexico* |
| 17 | LETITIA JAMES | JOSHUA H. STEIN |
| 18 | Attorney General of New York | Attorney General of North Carolina |
| 19 | /s/ Mihir A. Desai<br>MIHIR A. DESAI* | /s/ Amy L. Bircher<br>AMY L. BIRCHER* |
| 20 | Assistant Attorney General<br>TIMOTHY HOFFMAN* | Special Deputy Attorney General<br>SCOTT A. CONKLIN* |
| 21 | Senior Counsel<br>JENNIFER NALBONE | Assistant Attorney General<br>North Carolina Department of Justice |
| 22 | Environmental Scientist<br>Office of the Attorney General | 114 W. Edenton Street<br>Raleigh, NC 27603 |
| 23 | Environmental Protection Bureau<br>28 Liberty Street, 19th Floor | Telephone: (919) 716-6400<br>Email: abircher@ncdoj.gov |
| 24 | New York, NY 10005<br>Telephone: (212) 416-8478 | Email: sconklin@ncdoj.gov |
| 25 | Email: mihir.desai@ag.ny.gov | *Attorneys for Plaintiff State of North Carolina* |
| 26 | *Attorneys for Plaintiff State of New York* | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | ELLEN F. ROSENBLUM<br>Attorney General of Oregon | JOSH SHAPIRO<br>Attorney General of Pennsylvania |
| 2 | | |
| 3 | /s/ Paul Garrahan<br>PAUL GARRAHAN (*pro hac vice*)<br>Attorney-in-Charge | /s/ Aimee D. Thomson<br>AIMEE D. THOMSON*<br>Deputy Attorney General |
| 4 | STEVE NOVICK*<br>Special Assistant Attorney General | ANN R. JOHNSTON<br>Senior Deputy Attorney General |
| 5 | Natural Resources Section<br>Oregon Department of Justice | Office of Attorney General<br>1600 Arch Street, Suite 300 |
| 6 | 1162 Court Street NE<br>Salem, OR 97301-4096 | Philadelphia, PA 19103<br>Telephone: (267) 940-6696 |
| 7 | Telephone: (503) 947-4593<br>Email: Paul.Garrahan@doj.state.or.us | Email: athomson@attorneygeneral.gov |
| 8 | Email: Steve.Novick@doj.state.or.us | *Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* |
| 9 | *Attorneys for Plaintiff State of Oregon* | |
| 10 | PETER F. NERONHA<br>Attorney General of Rhode Island | THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont |
| 11 | | |
| 12 | /s/ Gregory S. Schultz<br>GREGORY S. SCHULTZ* | /s/ Ryan P. Kane<br>RYAN P. KANE* |
| 13 | Special Assistant Attorney General<br>Office of the Attorney General | Office of the Attorney General<br>109 State Street |
| 14 | 150 South Main Street<br>Providence, RI 02903 | Montpelier, VT 05602<br>Telephone: (802) 828-3171 |
| 15 | Telephone: (401) 274-4400<br>Email: gschultz@riag.ri.gov | Email: ryan.kane@vermont.gov |
| 16 | *Attorneys for Plaintiff State of Rhode Island* | *Attorneys for Plaintiff State of Vermont* |
| 17 | ROBERT W. FERGUSON<br>Attorney General of Washington | KARL A. RACINE<br>Attorney General of the |
| 18 | | District of Columbia |
| 19 | /s/ Aurora Janke<br>AURORA JANKE (*pro hac vice*) | /s/ Sarah Kogel-Smucker<br>SARAH KOGEL-SMUCKER* |
| 20 | Special Assistant Attorney General<br>Washington Attorney General's Office Counsel | Special Assistant Attorney General<br>Public Advocacy Division |
| 21 | for Environmental Protection<br>800 5th Ave Ste. 2000 TB-14 | Office of the Attorney General<br>441 4th Street, N.W., Suite 630 South |
| 22 | Seattle, Washington 98104-3188<br>Telephone: (206) 233-3391 | Washington, D.C. 20001<br>Telephone: (202) 724-9727 |
| 23 | Email: Aurora.Janke@atg.wa.gov | Email: sarah.kogel-smucker@dc.gov |
| 24 | *Attorneys for Plaintiff State of Washington* | *Attorneys for Plaintiff District of Columbia* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | GEORGIA M. PESTANA |
| | Acting Corporation Counsel |
| 2 | for the City of New York |
| 3 | /s/ Antonia Pereira |
| | ANTONIA PEREIRA* |
| 4 | Assistant Corporation Counsel |
| | New York City Law Department |
| 5 | Environmental Law Division |
| | 100 Church Street, Room 6-140 |
| 6 | New York, New York 10007 |
| | Telephone: (212) 356-2309 |
| 7 | Email: anpereir@law.nyc.gov |
| 8 | *Attorneys for Plaintiff City of New York* |
| 9 | |
| 10 | *Application for admission pro hac vice forthcoming |

7

# **CERTIFICATE OF SERVICE**

I, Ryan Mallard, am employed by the State of California, Office of the Attorney General. I am over the age of eighteen years and not a party to this action. My business address is 1515 Clay Street, 20th Floor, Oakland, CA 94612.

I hereby certify that on September 27, 2019, I electronically filed the foregoing ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED with the Clerk of Court using the CM/ECF system, which will send notification of the same to all CM/ECF participants.

In addition, I served via overnight mail the foregoing ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED on the parties identified below:

| | |
|---|---|
| David Bernhardt<br>Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | United States Fish and Wildlife Service<br>1849 C Street, NW, Room 3358<br>Washington, DC 20240 |
| Wilbur Ross<br>Secretary of Commerce<br>U.S. Department of Commerce<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | National Marine Fisheries Service<br>1315 East-West Highway<br>14th Floor<br>Silver Spring, MD 20910 |

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 27th day of September, 2019 in Oakland, California.

/s/ Ryan Mallard
Ryan Mallard