JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, ET AL., <br><br> Federal Defendants. | Case. No. 4:19-cv-05206-JST <br><br> **STIPULATION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1(a), the parties stipulate to enlarge time to file Federal Defendants' responsive pleading for the following reasons,

1. The complaint in the above captioned case was served on August 27, 2019. Federal Defendants responsive pleading is therefore due on October 25, 2019.

1

2.   On October 7, 2019, this Court related *California v. Bernhardt*, 19-cv-06013-LB to the above captioned case.  ECF 20.

3.   The complaint in *California v. Bernhardt* was not served until October 7, 2019, and therefore Federal Defendants' responsive pleading in that case is not due until December 6, 2019.

4.   The nature of the challenge and allegations in the two complaints are similar and thus Federal Defendants seek to coordinate their responsive pleadings in the two related cases.  Therefore, Federal Defendants seek an extension of time for their responsive pleading in the above captioned case until December 6, 2019.

5.   Plaintiffs have also indicated that they intend to file an amended complaint in the near future.

6.   This stipulation will not alter the date of any event or any deadline already fixed by Court order.

7.   In accordance with Local Rule 6-1(a) the parties stipulate as follows:

a.   Federal Defendants' responsive pleading for the existing complaint or soon to be filed amended complaint in the above captioned case is due on or before December 6, 2019.

b.   If the responsive pleading is an answer, Federal Defendants will stipulate to an administrative record(s) deadline in the case management

2

plan by January 7, 2020, and will endeavor to compile the administrative record(s) by the end of January 2020.

c.  In the event Federal Defendants file a motion under Rule 12 as a responsive pleading, and that motion is denied in whole or in part, Federal Defendants will file the administrative record(s) two weeks after the Court's ruling on that Rule 12 motion.

DATED: October 17, 2019.

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

*/s/ Coby Howell.*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

*By permission: /s/ Kristen Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYBA # 5047964)
[Admitted Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104

3

Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., | Case. No. 4:19-cv-05206-JST |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| DAVID BERNHARDT, ET AL., | |
| Federal Defendants. | |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Coby Howell*
COBY HOWELL, Senior Attorney

5