KRISTEN L. BOYLES (CSBA # 158450)
*[Admitted Pro Hac Vice]*
PAULO PALUGOD (NYBA # 5047964)
*[Pending Pro Hac Vice Application]*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

*Attorneys for Plaintiffs*

*[Additional counsel listed at end]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDEARTH GUARDIANS, and THE HUMANE SOCIETY OF THE UNITED STATES, <br><br> Plaintiffs, <br> v. <br><br> DAVID BERNHARDT, U.S. Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, WILBUR ROSS, U.S. Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. | Case No. 19-cv-05206-JST <br><br> Related Case: No. 19-cv-06013-JST <br><br> NOTICE OF CHANGE OF ADDRESS <br><br> (Administrative Procedure Act, National Environmental Policy Act, Endangered Species Act) |

NOTICE OF CHANGE OF ADDRESS - 1 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

1  TO:   THE CLERK OF COURT; and

2  TO:   ALL COUNSEL AND PARTIES OF RECORD

3   YOU ARE HEREBY NOTIFIED that the address for Kristen Boyles (admitted pro hac vice) and Paulo Palugod (pro hac admission filed simultaneously with this notice), counsel for plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States, has changed effective immediately to the following:

**EARTHJUSTICE**
**810 3rd Avenue, Suite 610**
**Seattle, WA 98104**

The telephone and e-mail addresses will remain the same.

Please ensure that all pleadings and correspondence are directed to the undersigned at the new location, effective immediately.

DATED this 23rd day of October, 2019.

 Respectfully submitted,

 *s/ Kristen L. Boyles*
 KRISTEN L. BOYLES (CSBA # 158450)
 [*Admitted Pro Hac Vice*]
 PAULO PALUGOD (NYB # 5047964)
 [*Pending Pro Hac Vice Application*]
 EARTHJUSTICE
 810 Third Avenue, Suite 610
 Seattle, WA 98104
 Ph: (206) 343-7340 | Fax: (206) 343-1526
 kboyles@earthjustice.org
 ppalugod@earthjustice.org

 *Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States*

NOTICE OF CHANGE OF ADDRESS - 2 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA 98104-1711*
*(206) 343-7340*

ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph:  (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

*Local Counsel for Plaintiffs*

REBECCA RILEY (ISBA # 6284356)
[*Admitted Pro Hac Vice*]
NATURAL RESOURCES DEFENSE COUNCIL
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: 312-651-7900
rriley@nrdc.org

*Attorney for Natural Resources Defense Council*

KARIMAH SCHOENHUT (DCBA #1028390)
SIERRA CLUB
[*Admitted Pro Hac Vice*]
50 F. St. NW, 8th Floor
Washington, DC  20001
Tel: 202-548-4584
karimah.schoenhut@sierraclub.org

*Attorney for Sierra Club*

RYAN ADAIR SHANNON (OSBA # 155537)
*[Admitted Pro Hac Vice]*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: 503-283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Center for Biological Diversity*

NOTICE OF CHANGE OF ADDRESS - 3 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

>  */s/ Kristen L. Boyles*
>  Kristen L. Boyles

NOTICE OF CHANGE OF ADDRESS - 4 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*