JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,

Plaintiffs,

vs.

DAVID BERNHARDT, ET AL.,

Federal Defendants.

Case. No. 4:19-cv-05206-JST

**STIPULATED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS, BRIEFING SCHEDULE, AND PROPOSED ORDER**

Pursuant to Local Civil Rules 7-11 and 7-12, the parties stipulate to allow Federal Defendants to file a brief in support of their motion to dismiss that exceeds the page limit provided in Local Civil Rule 7-4(b) by no more than five (5) additional pages. The parties also stipulate to a briefing schedule for Federal Defendants'

motion. The parties stipulate to these variances from Local Rules for the following reasons:

1. This Court has related three cases that challenge the U.S. Fish and Wildlife Service ("FWS") and National Marine Fisheries Service ("NMFS") regulations implementing the Endangered Species Act ("ESA"): *Center for Biological Diversity v. Bernhardt*, 19-cv-5206 (N.D. Cal. Aug. 21, 2019); *California v. Bernhardt*, 19-cv-6013 (N.D. Cal., Sept. 25, 2019); *Animal Legal Def. Fund v. Bernhardt*, 19-cv-06812 (N.D. Cal., Oct. 21, 2019).

2. Federal Defendants' responses to the complaints in *Center for Biological Diversity* and *California* are due on December 6, 2019. *See* ECF 22. Federal Defendants' response to the complaint in *Animal Legal Def. Fund* is not due until January 3, 2020, but they intend to also respond to that complaint on December 6, 2019. Federal Defendants' responses will likely be motions to dismiss the three related complaints under Fed. R. Civ. P. Rule 12.

3. Instead of filing three motions with separate memoranda, which could total 75 pages under Local Civil Rule 7-4(b), Federal Defendants seek to consolidate their arguments into one memorandum for all three cases.

4. In order to address all three complaints in one consolidated memorandum, the parties stipulate to allowing Federal Defendants five (5) additional pages than otherwise provided under the Local Rule for a total of no more than 30 pages.

5. In addition, briefing on the motion to dismiss will occur near and over the holidays making review with the clients difficult. Thus, the parties stipulate to the briefing schedule outlined below.

6. The parties stipulates as follows:

    a. Federal Defendants' motion to dismiss may exceed the page limit set forth by Local Civil Rule 7-4(b) by up to five additional pages with their motion to dismiss.

    b. Plaintiffs' opposition to Federal Defendants' motion to dismiss is due no later than January 7, 2020.

    c. Federal Defendants' reply in support of the motion to dismiss is due no later than January 24, 2020.

DATED: December 3, 2019.

                              Respectfully submitted,

                              JEAN E. WILLIAMS,
                              Deputy Assistant Attorney General
                              SETH M. BARSKY, Chief
                              MEREDITH L. FLAX, Assistant Chief

                              */s/ Coby Howell.*
                              COBY HOWELL, Senior Trial Attorney
                              U.S. Department of Justice
                              Environment & Natural Resources Division
                              Wildlife & Marine Resources Section
                              MICHAEL R. EITEL, Senior Trial Attorney
                              U.S. Department of Justice
                              Environment & Natural Resources Division

Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

*By permission: /s/ Kristen Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYBA # 5047964)
[Admitted Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

Attorneys for Plaintiffs

* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated_______________________________:

______________________________________

The Honorable John S. Tigar

U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Coby Howell*
COBY HOWELL, Senior Attorney