DAMIEN M. SCHIFF, No. 235101
Email: dschiff@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JONATHAN WOOD, No. 285229
Email: jwood@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201-5330
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

Attorneys for Proposed Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>          Plaintiffs,<br><br> v.<br><br>DAVID BERNHARDT, U.S. Secretary of the Interior, et al.,<br><br>          Defendants,<br><br>and<br><br>KENNETH KLEMM; BEAVER CREEK BUFFALO CO.; WASHINGTON CATTLEMEN'S ASSOCIATION; and PACIFIC LEGAL FOUNDATION,<br><br>    Proposed Defendant-Intervenors. | No. 4:19-cv-05206-JST<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br>Judge: Honorable Jon S. Tigar |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 17, 2019.

Respectfully submitted,

DAMIEN M. SCHIFF
JONATHAN WOOD

By s/ Jonathan Wood
        JONATHAN WOOD

Attorneys for Proposed Defendant-Intervenors