KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYB # 5047964)
*[Admitted Pro Hac Vice]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089
atreece@earthjustice.org

*Attorneys for Plaintiffs*
*[Additional counsel listed at end]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, U.S. Secretary of the Interior, et al.; <br><br> Defendants, <br><br> AMERICAN FARM BUREAU FEDERATION; AMERICAN; FOREST RESOURCE COUNCIL; AMERICAN PETROLEUM; INSTITUTE; FEDERAL FOREST RESOURCE COALITION; NATIONAL ALLIANCE OF FOREST OWNERS; NATIONAL; ASSOCIATION OF HOME BUILDERS; NATIONAL; CATTLEMEN'S BEEF ASSOCIATION; PUBLIC LANDS COUNCIL; KENNETH KLEMM, BEAVER CREEK BUFFALO CO.; WASHINGTON CATTLEMEN'S ASSOCIATION, and PACIFIC LEGAL FOUNDATION, <br><br> Proposed Defendant-Intervenors | Case No. 4:19-cv-05206-JST <br><br> Related Cases: No. 4: 19-cv-06013-JST <br> No. 4: 19-cv-06812-JST <br><br> PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTIONS TO INTERVENE |

PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO MOTIONS TO INTERVENE
Case No. 3:19-cv-05206-JST - 1 -

1  Pursuant to Civil L.R. 7-3(b), Plaintiffs Center for Biological Diversity *et al.* submit this

2  statement of non-opposition to the motions to intervene filed by American Farm Bureau *et al.*,

3  ECF 36, and Kenneth Klemm *et al.*, ECF 41.

4  DATED this 23rd day of December, 2019.

Respectfully submitted,

*s/ Kristen L. Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYB # 5047964)
[*Admitted Pro Hac Vice*]
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph:  (206) 343-7340
kboyles@earthjustice.org
ppalugod@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States*

ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph:  (415) 217-2089
atreece@earthjustice.org

*Local Counsel for Plaintiffs*

REBECCA RILEY (ISBA # 6284356)
[*Admitted Pro Hac Vice*]
NATURAL RESOURCES DEFENSE COUNCIL
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: 312-651-7900
rriley@nrdc.org

*Attorney for Natural Resources Defense Council*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO MOTIONS TO INTERVENE
Case No. 3:19-cv-05206-JST - 2 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

KARIMAH SCHOENHUT (DCBA #1028390)
SIERRA CLUB
[*Admitted Pro Hac Vice*]
50 F. St. NW, 8th Floor
Washington, DC  20001
Tel: 202-548-4584
karimah.schoenhut@sierraclub.org

*Attorney for Sierra Club*

RYAN ADAIR SHANNON (OSBA # 155537)
*[Admitted Pro Hac Vice]*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: 503-283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Center for Biological Diversity*

PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO MOTIONS TO INTERVENE
Case No. 3:19-cv-05206-JST - 3 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Kristen L. Boyles*
Kristen L. Boyles

PLAINTIFFS' STATEMENT OF NON-OPPOSITION
TO MOTIONS TO INTERVENE
Case No. 3:19-cv-05206-JST - 4 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104-1711*
*(206) 343-7340*