JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, ET AL., <br><br> Federal Defendants. | Case. No. 4:19-cv-05206-JST <br><br> **STIPULATED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS** |

Pursuant to Local Civil Rules 7-11 and 7-12, the parties stipulate to allow Federal Defendants to file a reply brief in support of their motion to dismiss that exceeds the page limit provided in Local Civil Rule 7-3(c) by no more than ten (10) additional pages for the following reasons:

1

1. This Court has related three cases that challenge the U.S. Fish and Wildlife Service ("FWS") and National Marine Fisheries Service ("NMFS") regulations implementing the Endangered Species Act ("ESA"): *Center for Biological Diversity v. Bernhardt*, 19-cv-5206 (N.D. Cal. Aug. 21, 2019); *California v. Bernhardt*, 19-cv-6013 (N.D. Cal., Sept. 25, 2019); *Animal Legal Def. Fund v. Bernhardt*, 19-cv-06812 (N.D. Cal., Oct. 21, 2019).

2. On January 7, 2020, Plaintiffs in the three related cases filed separate oppositions to Federal Defendants' motions to dismiss, and in some cases attached dozens of declarations. ECF 46 (*California* Motion); ECF 33 (*Center* Motion); ECF 21 (*Animal Legal Def. Fund* Motion); ECF 41-1, 48-24 (*Center's* Declarations); ECF 39-1, 39-5 (*Animal Legal Def. Fund's Declarations*).

3. Instead of filing three reply briefs, which could total 45 pages under Local Civil Rule 7-3(c), Federal Defendants seek to consolidate their arguments into one reply brief for all three cases.

4. In order to address all three oppositions in one consolidated reply brief, the parties stipulate to allowing Federal Defendants ten (10) additional pages than otherwise provided under the Local Rule for a total of no more than 25 pages.

DATED: January 22, 2020.

                                        Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Coby Howell.*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

*By permission: /s/ Kristen Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYBA # 5047964)
[Admitted Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

Attorneys for Plaintiffs

\* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated_____:

_____

The Honorable Jon S. Tigar

U.S. District Court Judge

### **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Coby Howell*
COBY HOWELL, Senior Attorney