1  KRISTEN L. BOYLES (CSBA # 158450)
   PAULO PALUGOD (NYB # 5047964)
2  *[Admitted Pro Hac Vice]*
   EARTHJUSTICE
3  810 Third Avenue, Suite 610
   Seattle, WA  98104
4  Ph: (206) 343-7340
   kboyles@earthjustice.org
5  ppalugod@earthjustice.org

6  ANDREA A. TREECE (CSBA # 237639)
   EARTHJUSTICE
7  50 California Street, Suite 500
   San Francisco, CA 94111
8  Ph: (415) 217-2089
   atreece@earthjustice.org
9
   *Attorneys for Plaintiffs*
10 *[Additional counsel listed at end]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDEARTH GUARDIANS, and THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>           Plaintiffs,<br><br>       v.<br><br>DAVID BERNHARDT, U.S. Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, WILBUR ROSS, U.S. Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE,<br><br>           Defendants, | Case No. 4:19-cv-05206-JST<br><br>Related Cases: No. 4:19-cv-06013-JST<br>                           No. 4:19-cv-06812-JST<br><br>JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 4:19-cv-05206-JST - 1 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Federal Defendants in the three related cases of *Center for Biological Diversity v. Bernhardt*, No. 19-cv-05206, *California v. Bernhardt*, No. 19-cv-06013, and *Animal Legal Def. Fund v. Bernhardt*, No. 19-cv-06812, jointly stipulate to a request for an order continuing the Initial Case Management Conference, and the deadline for filing the parties' Case Management Statements, until after the Court rules on the pending motions to dismiss. Specifically, the parties propose that the Initial Case Management Conference be continued to three weeks after the Court issues its final ruling on Federal Defendants' pending motions to dismiss, and that the parties submit Case Management Statements at least seven days before the Initial Case Management Conference. In support of the joint stipulation, the parties set forth the following reasons for the requested continuances and the effect that such continuances would have on the management of the case:

1. This Court has before it three related cases challenging Endangered Species Act regulations promulgated by the U.S. Department of the Interior, U.S. Fish and Wildlife Service, U.S. Department of Commerce, and National Marine Fisheries Service.

2. On October 22, 2019, this Court reset deadlines in 19-cv-05206 (ECF 24) and 19-cv-06013 (ECF 29), scheduling the Case Management Statement for February 25, 2020 and Initial Case Management Conference for March 3, 2020. On November 7, 2019, this Court set the same dates for related case 19-cv-06812 (ECF 18).

3. On December 6, 2019, Federal Defendants filed identical motions to dismiss in all three cases for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure section 12(b)(1). Plaintiffs filed their opposition briefs on January 7, 2020; and Federal Defendants filed their reply briefs on January 24, 2020. The Federal Defendants' motions are now scheduled for hearing in this Court on February 26, 2020 at 2 p.m.

JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 4:19-cv-05206-JST - 2 -

*Earthjustice*
810 Third Ave., Suite 610
Seattle, WA 98104-1711
(206) 343-7340

4. Previous modifications to the case schedule include: (1) the parties' stipulation to enlarge the time for Federal Defendants to file responsive pleadings (19-cv-05206, ECF 22), (2) the parties' stipulation to enlarge the time for briefing on the Federal Defendants' motion to dismiss (19-cv-05206, ECF 32; 19-cv-06013, ECF 44; 19-cv-06812, ECF 19) and (3) the clerk's notice continuing the motion hearing to February 26, 2020 and resetting briefing deadlines per the parties' stipulation (19-cv-05206, ECF 35; 19-cv-06013, ECF 48; 19-cv-06812, ECF 23).

5. Federal Defendants previously represented to the Court that if the Court denies their motions to dismiss, they will file the administrative record(s) two weeks after the court's ruling on their motions (e.g., 19-cv-5206, ECF 22), at which time the cases will be ready for briefing on the parties' cross-motions for summary judgment.

6. Under the current schedule, the parties' Case Management Statements are due one day prior to the hearing on Federal Defendants' motions to dismiss. Because the Court's ruling on the pending motions to dismiss will directly affect how these three related cases will be managed going forward, it does not make practical sense for the parties to meet and confer and file their Case Management Statements prior to the Court's ruling on the motions to dismiss. Continuing the date for the Initial Case Management Conference and the deadline for submission of the Case Management Statements until after the Court's ruling on the motions to dismiss will allow the parties sufficient time to coordinate on a case briefing and hearing schedule if the Court denies the Federal Defendants' motions in full or in part, and will avoid wasting both the Court's and the parties' time and resources.

7. No other deadlines have been set in these cases that would be affected by the requested continuances.

JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 4:19-cv-05206-JST - 3 -

*Earthjustice*
810 Third Ave., Suite 610
Seattle, WA 98104-1711
(206) 343-7340

1       *In compliance with Local Rule 5-1(i), the filer of this document attests that all

2 signatories listed have concurred in the filing of this document.

3       DATED: February 6, 2020.       Respectfully submitted,

                                                        *s/ Paulo Palugod*
                                                        PAULO PALUGOD (NYB # 5047964)
                                                        [*Admitted Pro Hac Vice*]
                                                        KRISTEN L. BOYLES (CSBA # 158450)
                                                       Earthjustice
                                                       810 Third Avenue, Suite 610
                                                       Seattle, WA 98104
                                                       Ph: (206) 343-7340
                                                       kboyles@earthjustice.org
                                                       ppalugod@earthjustice.org
                                                       *Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States*

                                                       ANDREA A. TREECE (CSBA # 237639)
                                                       Earthjustice
                                                       50 California Street, Suite 500
                                                       San Francisco, CA 94111
                                                       Ph: (415) 217-2089
                                                       atreece@earthjustice.org
                                                       *Local Counsel for Plaintiffs*

                                                       REBECCA RILEY (ISBA # 6284356)
                                                       [*Admitted Pro Hac Vice*]
                                                       Natural Resources Defense Council
                                                       20 North Wacker Drive, Suite 1600
                                                       Chicago, IL 60606
                                                       Tel: (312) 651-7900
                                                       rriley@nrdc.org
                                                       *Attorney for Natural Resources Defense Council*

JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 4:19-cv-05206-JST - 4 -

KARIMAH SCHOENHUT (DCBA #1028390)
SIERRA CLUB
[*Admitted Pro Hac Vice*]
50 F. St. NW, 8th Floor
Washington, DC  20001
Tel:  (202) 548-4584
karimah.schoenhut@sierraclub.org
*Attorney for Sierra Club*

RYAN ADAIR SHANNON (OSBA # 155537)
[*Admitted Pro Hac Vice*]
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel:  (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org
*Attorney for Center for Biological Diversity*

DATED: February 6, 2020.

*s/ Coby Healy Howell*
Coby Healy Howell
U.S. Dept. of Justice
Environment and Natural Resources Division
c/o U.S. Attorney's Office, 1000 SW Third Avenue, Suite
Portland, OR 97204
503 727 1023
Fax: 503 727 1117
Email: coby.howell@usdoj.gov

Michael Richard Eitel
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, CO 80294
303-844-1479
Fax: 303-844-1350
Email: michael.eitel@usdoj.gov
*Attorneys for Defendants David Bernhardt, U.S. Secretary of Interior, U.S. Fish and Wildlife Service, Wilbur Ross, U.S. Secretary of Commerce, and National Marine Fisheries Service*

JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 4:19-cv-05206-JST - 5 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*