UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | Case No. 19-cv-05206-JST <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 60 |

Good cause appearing, the Initial Case Management conference in this action is hereby continued to April 28, 2020. The parties shall file Case Management Statements at least seven days prior to the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: February 7, 2020



JON S. TIGAR
United States District Judge