AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Center for Biological Diversity, et al. | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 4:19-cv-05206-JST |
| David Bernhardt, U.S. Secretary of the Interior, et al., | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed Defendant-Intervenors Kenneth Klemm; Beaver Creek Buffalo Co.; Washington Cattlemen's Association; and Pacific Legal Foundation.

Date: 02/13/2020

s/ Charles T. Yates
*Attorney's signature*

Charles T. Yates, No. 327704
*Printed name and bar number*

Pacific Legal Foundation
930 G Street
Sacramento, California 95814
*Address*

cyates@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*