UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 26, 2020                                                                 Judge:  Jon S. Tigar

Time:  1 hour 6 minutes

Case No.      **4:19-cv-05206-JST**
              **Center For Biological Diversity et, al. v. David Bernhardt et, al.**

              **4:19-cv-06013-JST**
              **State of California et al v. David Bernhardt et al**

              **4:19-cv-06812-JST**
              **Animal Legal Defense Fund v. U.S. Department of Interior et al**

Attorney(s) for Plaintiff(s):      *Center For Biological Diversity*
                                   Kristen Lee Boyles

                                   *State of California*
                                   George Matthew Torgun

                                   *State of Maryland*
                                   Steven Goldstein

                                   *Animal Legal Defense Fund*
                                   Kourosh Jahansouz
                                   Daniel Guerra

                                   *Commonwealth of Massachusetts*
                                   Matthew Ireland -via phone
                                   Turner Smith-via phone

                                   *State of Minnesota*
                                   Peter N. Surdo-via phone

                                   *State of Nevada*
                                   Tori Nicole Sundheim-via phone

                                   *State of New York*
                                   Mihir A. Desai-via phone
                                   Timothy Hoffman-via phone

1

|  |  |
|---|---|
|  | *State of Washington*<br>Aurora Janke-via phone |
| Attorney(s) for Defendant(s): | *David Bernhardt/Gov*<br>Coby Healy Howell<br>Michael Richard Eitel |
|  | *Intervenor Defendants*<br>Christopher J. Carr<br>Navtej Singh Dhillon |

Deputy Clerk: Mauriona Lee                                                                 Court Reporter: Diane Skillman

## PROCEEDINGS

Motion to Dismiss/Lack of Jurisdiction hearing – held.

## RESULT OF HEARING

1. Argument heard from parties. Motions taken under submission. Written orders to issue.