KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYBA # 5047964)
*[Admitted Pro Hac Vice]*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089
atreece@earthjustice.org

*Attorneys for Plaintiffs*

*[Additional counsel listed at end]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br> v. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants, <br><br> AMERICAN FARM BUREAU FEDERATION, et al. <br><br> Intervenor Defendants. | Case No. 4:19-cv-05206-JST <br><br> Related Cases: No. 4:19-cv-06013-JST <br> No. 4:19-cv-06812-JST <br><br> [PROPOSED] CASE MANAGEMENT ORDER |

[PROPOSED] CASE MANAGEMENT ORDER  - 1 -
Case No. 4:19-cv-05206-JST

1    The JOINT CASE MANAGEMENT STATEMENT submitted by the parties is approved as the Case Management Order for this case, and all parties shall comply with its provisions. The June 30, 2020 case management conference is hereby vacated.

**IT IS SO ORDERED.**

Dated: _____     _____
The Honorable Jon S. Tigar
U.S. District Court Judge

[PROPOSED] CASE MANAGEMENT ORDER - 2 -
Case No. 4:19-cv-05206-JST

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*