JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, et al.,<br><br>Federal Defendants. | Case. No. 4:19-cv-05206-JST<br>Related Case: No. 4:19-cv-06013-JST<br>            No. 4:19-cv-06812-JST<br><br>**NOTICE OF FILING THE ADMINISTRATIVE RECORD**<br><br>Judge: The Honorable Jon S. Tigar |

Federal Defendants provide notice that they sent by overnight mail to the Court and counsel for Plaintiffs and Intervenors the administrative record for three regulations challenged by Plaintiffs: (1) Final Rule, Regulations for Listing Species and Designating Critical Habitat, 84 Fed. Reg. 45,020 (Aug. 27, 2019); (2) Final Rule, Regulations for Prohibitions to Threatened Wildlife and Plants, 84 Fed. Reg. 44,753 (Aug. 27, 2019); and (3) Final Rule, Regulations for Interagency Cooperation, 84 Fed. Reg. 44,976 (Aug. 27, 2019). The administrative record is contained on a thumb drive (court) or DVDs (parties). Exhibit 1 is the U.S. Fish and Wildlife Service's certification of the administrative record index. Exhibit 2 is the National Marine Fisheries Service's certification of the administrative record index.

DATED: July 23, 2020.

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

*/s/ Michael R. Eitel*
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br>　　　　Plaintiffs,<br>　　　　vs.<br>DAVID BERNHARDT, et al.,<br>　　　　Federal Defendants. | Case. No. 4:19-cv-05206-JST<br><br>**CERTIFICATE OF SERVICE** |
| STATE OF CALIFORNIA, et al.,<br>　　　　Plaintiffs,<br>　　　　vs.<br>DAVID BERNHARDT, et al.,<br>　　　　Federal Defendants. | Case. No. 4:19-cv-06013-JST<br><br>**CERTIFICATE OF SERVICE** |
| ANIMAL LEGAL DEFENSE FUND,<br>　　　　Plaintiff,<br>　　　　vs.<br>DAVID BERNHARDT, et al.,<br>　　　　Federal Defendants. | Case. No. 4:19-cv-06812-JST<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

　　　　　　　　　　*/s/ Michael R. Eitel*
　　　　　　　　　　MICHAEL R. EITEL, Senior Attorney