United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., Plaintiffs, v. DEB HAALAND, et al., Defendants. | Case No. 19-cv-05206-JST **ORDER ADMINISTRATIVELY TERMINATING MOTION** Re: ECF No. 116 |
| STATE OF CALIFORNIA, et al., Plaintiffs, v. DEB HAALAND, et al., Defendants. | Case No. 19-cv-06013-JST **ORDER ADMINISTRATIVELY TERMINATING MOTION** Re: ECF No. 130 |
| ANIMAL LEGAL DEFENSE FUND, Plaintiff, v. DEB HAALAND, et al., Defendants. | Case No. 19-cv-06812-JST **ORDER ADMINISTRATIVELY TERMINATING MOTION** Re: ECF No. 86 |

Before the Court in these related cases are Plaintiffs' motions for summary judgment. Case No. 19-cv-05206, ECF No. 116; Case No. 19-cv-06013, ECF No. 130; Case No. 19-cv-06812, ECF No. 86. In light of the forthcoming motion to stay and the parties' stipulated briefing schedules, Case No. 19-cv-05206, ECF No. 129; Case No. 19-cv-06013, ECF No. 145; Case No. 19-cv-06812, ECF No. 95, the Court hereby terminates the pending motions for summary

judgment. If the case is not stayed or if the stay is lifted prior to the termination of this case, the parties shall, within 14 days, request a case management conference to discuss further proceedings, including whether the motions for summary judgment should be restored to calendar.

**IT IS SO ORDERED.**

Dated: August 2, 2021

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California