1   KRISTEN L. BOYLES (CSBA # 158450)
    PAULO PALUGOD (NYB # 5047964)
2   *[Admitted Pro Hac Vice]*
    EARTHJUSTICE
3   810 Third Avenue, Suite 610
    Seattle, WA  98104
4   Ph: (206) 343-7340
    kboyles@earthjustice.org
5   ppalugod@earthjustice.org
6
    ANDREA A. TREECE (CSBA # 237639)
7   EARTHJUSTICE
    50 California Street, Suite 500
8   San Francisco, CA 94111
    Ph: (415) 217-2089
9   atreece@earthjustice.org
10

11  *Attorneys for Plaintiffs*
    *[Additional counsel listed at end]*

12

                    UNITED STATES DISTRICT COURT
13          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
14

15  CENTER FOR BIOLOGICAL DIVERSITY,          Case No. 4:19-cv-05206-JST
    DEFENDERS OF WILDLIFE, SIERRA
16  CLUB, NATURAL RESOURCES                    Related Cases: No. 4:19-cv-06013-JST
    DEFENSE COUNCIL, NATIONAL PARKS                          No. 4:19-cv-06812-JST
17  CONSERVATION ASSOCIATION,
    WILDEARTH GUARDIANS, and THE               JOINT PROPOSED SCHEDULE TO
18  HUMANE SOCIETY OF THE UNITED               RESTART SUMMARY JUDGMENT
    STATES,                                    BRIEFING
19
                      Plaintiffs,
20
           v.
21
    DAVID BERNHARDT, U.S. Secretary of the
22  Interior, U.S. FISH AND WILDLIFE
    SERVICE, WILBUR ROSS, U.S. Secretary
23  of Commerce, and NATIONAL MARINE
    FISHERIES SERVICE,
24
                      Defendants.
25

26

27

28
    JOINT PROPOSED SCHEDULE TO RESTART                    *Earthjustice*
    SUMMARY JUDGMENT BRIEFING                             *810 Third Ave., Suite 610*
    Case No. 4:19-cv-05206-JST                            *Seattle, WA 98104*
                                                          *206-343-7340*

1    In accordance with the Court's order lifting the stay in this case and the two related cases,

2    ECF 138, the parties have conferred and agreed to a schedule to resume summary judgment

3    briefing as set forth below.

| Event | Deadline |
|---|---|
| Plaintiffs' Re-Filed Motions for Summary Judgment, which will not exceed 40 pages for each group of Plaintiffs. | October 15, 2021 |
| Federal Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment, which will not exceed a total of 120 pages. | December 10, 2021 |
| Intervenor-Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment. State-Intervenors' Combined Opposition and Cross-Motion will not exceed 25 pages. Industry-Intervenors' Combined Opposition and Cross-Motion will not exceed 25 pages. Private-Landowner-Intervenors' Combined Opposition and Cross-Motion will not exceed 25 pages. The same brief from each Intervenor-Defendant will be filed in each of the related cases. | January 7, 2022 |
| Plaintiffs' Combined Replies in Support of Motions for Summary Judgment and Oppositions to Cross-Motions, which will not exceed 25 pages for each group of Plaintiffs. | January 28, 2022 |
| Defendants' Replies in Support of Cross-Motion for Summary Judgment. Defendants shall file one brief, which will not exceed 65 pages. | February 25, 2022 |
| Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment. State-Intervenors' Reply will not exceed 15 pages. Industry-Intervenors' Reply will not exceed 15 pages. Private-Landowner-Intervenors' Reply will not exceed 15 pages. The same brief from each Intervenor-Defendant will be filed in each of the related cases. | March 10, 2022 |
| Motion hearing | As soon as Court's calendar allows. |

JOINT PROPOSED SCHEDULE TO RESTART
SUMMARY JUDGMENT BRIEFING
Case No. 4:19-cv-05206-JST                    1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*206-343-7340*

1        In compliance with Local Rule 5-1, the filer of this document attests that all signatories

2  listed have concurred in the filing of this document.

3        DATED: October 14, 2021.        Respectfully submitted,

4                                    *s/Kristen L. Boyles*

KRISTEN L. BOYLES (CSBA # 158450)

5                                      PAULO PALUGOD (NYB # 5047964)

6                                      *[Admitted Pro Hac Vice]*

EARTHJUSTICE

7                                      810 Third Avenue, Suite 610

Seattle, WA  98104

8                                      Ph:  (206) 343-7340

9                                      kboyles@earthjustice.org

ppalugod@earthjustice.org

10                                    *Attorneys for Plaintiffs Center for Biological*

11                                    *Diversity, Defenders of Wildlife, Sierra Club,*

*National Parks Conservation Association,*

12                                    *WildEarth Guardians, and The Humane Society*

*of The United States*

13                                    ANDREA A. TREECE (CSBA # 237639)

14                                    EARTHJUSTICE

50 California Street, Suite 500

15                                    San Francisco, CA 94111

16                                    Ph:  (415) 217-2089

atreece@earthjustice.org

17                                    *Local Counsel for Plaintiffs*

18                                    REBECCA RILEY (ISBA # 6284356)

19                                    *[Admitted Pro Hac Vice]*

NATURAL RESOURCES DEFENSE COUNCIL

20                                    20 North Wacker Drive, Suite 1600

Chicago, IL 60606

21                                    Tel:  (312) 651-7900

rriley@nrdc.org

22                                    *Attorney for Natural Resources Defense Council*

23                                    KARIMAH SCHOENHUT (DCBA #1028390)

24                                    SIERRA CLUB

*[Admitted Pro Hac Vice]*

25                                    50 F. St. NW, 8th Floor

Washington, DC  20001

26                                    Tel:  (202) 548-4584

karimah.schoenhut@sierraclub.org

27                                    *Attorney for Sierra Club*

28

JOINT PROPOSED SCHEDULE TO RESTART
SUMMARY JUDGMENT BRIEFING
Case No. 4:19-cv-05206-JST          2

RYAN ADAIR SHANNON (OSBA # 155537)
*[Admitted Pro Hac Vice]*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel:  (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org
*Attorney for Center for Biological Diversity*

Rob Bonta
Attorney General of California
David A. Zonana
David A. Alderson
Supervising Deputy Attorneys General

*s/ George Torgun*
George Torgun
Erin Ganahl
Tara L. Mueller
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-1002
Fax: (510) 622-2270
Email:  George.Torgun@doj.ca.gov

Maura Healey
Attorney General of Massachusetts

*s/ Matthew Ireland*
Matthew Ireland (*pro hac vice*)
Turner Smith (*pro hac vice*)
Assistant Attorneys General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone:  (617) 727-2200
Email:  Matthew.Ireland@mass.gov
Email:  Turner.Smith@mass.gov

Brian E. Frosh
Attorney General of Maryland

*/s/ Steven J. Goldstein*

*Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340*

Steven J. Goldstein (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone:  (410) 576-6414
Email:  sgoldstein@oag.state.md.us
*Attorneys for State Plaintiffs*

s/ *Daniel S. Guerra*
CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
croberts@orrick.com
dguerra@orrick.com

EMMANUEL FUA (CSBA # 284563)
ORRICK, HERRINGTON & SUTLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:     (212) 506-5000
Facsimile:     (212) 506-5151
efua@orrick.com
*Attorneys for Animal Legal Defense Fund*

s/ *Coby Healy Howell*
Coby Healy Howell
U.S. Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorney's Office, 1000 SW Third Ave.
Portland, OR 97204
503-727-1023
Fax: 503-727-1117
Email: coby.howell@usdoj.gov

Michael Richard Eitel
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, CO 80294
303-844-1479

JOINT PROPOSED SCHEDULE TO RESTART
SUMMARY JUDGMENT BRIEFING
Case No. 4:19-cv-05206-JST                    4

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*206-343-7340*

Fax: 303-844-1350
Email: michael.eitel@usdoj.gov
*Attorneys for Federal Defendants*

STEVE MARSHALL
Attorney General of Alabama

*s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr. (*pro hac vice*)
Solicitor General
James W. Davis (*pro hac vice*)
Deputy Attorney General
A. Barrett Bowdre (*pro hac vice*)
Deputy Solicitor General
Office of the Alabama Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 353-2196
Fax: (334) 353-8400
E-mail: edmund.lacour@AlabamaAG.gov
jim.davis@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov

Paul Beard II (SBN 210563)
FisherBroyles LLP
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036-5653
Telephone: (818) 216-3988
Fax: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com
*Attorneys for State Intervenors*

*s/ Charles T. Yates*
Charles T. Yates (SBN 327704)
Email: cyates@pacificlegal.org
Damien M. Schiff (SBN 235101)
Email: dschiff@pacificlegal.org
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone:   (916) 419-7111
*Counsel for Private-Landowner-Intervenors*
*Kenneth Klemm, Beaver Creek Buffalo Co.,*
*Washington Cattlemen's Association, and*
*Pacific Legal Foundation*

JOINT PROPOSED SCHEDULE TO RESTART
SUMMARY JUDGMENT BRIEFING
Case No. 4:19-cv-05206-JST           5

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*206-343-7340*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_s/ Christopher J. Carr_
Navi Singh Dhillon (SBN 279537)
Christopher J. Carr (SBN 184076)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone:   (415) 856-7000
Navi.Dhillon@paulhastings.com
chriscarr@paulhastings.com

_Counsel for Industry Defendant-Intervenors
American Farm Bureau, American Forest
Resource Council, American Petroleum
Institute, Federal Forest Resource Coalition,
National Alliance of Forest Owners, National
Association of Home Builders, National
Cattlemen's Beef Association, and Public Lands
Council_

JOINT PROPOSED SCHEDULE TO RESTART
SUMMARY JUDGMENT BRIEFING
Case No. 4:19-cv-05206-JST                    6

_Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340_

1    **IT IS SO ORDERED.**

2

3

4    Dated: _____

5                                                    _____
                                                     THE HONORABLE JON S. TIGAR
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED SCHEDULE TO RESTART
SUMMARY JUDGMENT BRIEFING
Case No. 4:19-cv-05206-JST                7

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*206-343-7340*