KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (WSBA # 55822)
*[Admitted Pro Hac Vice]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
Ph: (206) 343-7340
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089
atreece@earthjustice.org

*Attorneys for Plaintiffs*
*[Additional counsel listed at end]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDEARTH GUARDIANS, and THE HUMANE SOCIETY OF THE UNITED STATES, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEB HAALAND, U.S. Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, GINA RAIMONDO, U.S. Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE, <br><br> *Defendants,* <br><br> and <br><br> STATE OF ALABAMA, *et al.*, <br><br> *Defendant-Intervenors*. | Case No. 4:19-cv-05206-JST <br><br> Related Cases: No. 4:19-cv-06013-JST <br> No. 4:19-cv-06812-JST <br><br> **PLAINTIFFS' JOINT UNOPPOSED MOTION TO EXPEDITE HEARING ON MOTION FOR REMAND** |

**INTRODUCTION**

Plaintiffs in the three related cases challenging the 2019 Endangered Species Act ("ESA") Regulations—*Center for Biological Diversity et al. v. Haaland*, No. 19-cv-05206, *California et al. v. Haaland*, No. 19-cv-06013, and *Animal Legal Defense Fund v. Haaland*, No. 19-cv-06812—respectfully move this Court to expedite the hearing on Federal Defendants' Motion for Voluntary Remand without Vacatur (ECF 146 in *CBD*; ECF 165 in *California*; ECF 109 in *ALDF*).[1]  The remand motion is currently set for hearing on March 10, 2022.  Plaintiffs ask the Court to schedule hearing in January 2022.  If no January hearing is possible, Plaintiffs ask the Court to rule on the remand motion in January without oral argument pursuant to Civil Local Rule 7-1(b).

Counsel for Federal Defendants has stated that they do not oppose this motion to expedite the hearing, and ask that Federal Defendants' reply (on the remand motion) be due on January 7, 2022.  Counsel for Defendant-Intervenors has stated that they do not oppose the motion to expedite the hearing on the remand motion or to submit that motion on the papers.

**DISCUSSION**

The Court is familiar with the background facts in this litigation.  Pertinent to this motion to expedite, after the Court denied Federal Defendants' motion for an additional stay on October 7, 2021, the Court entered a stipulated scheduling order to recommence summary judgment briefing.  In accordance with the schedule, on December 10, 2021, Federal Defendants filed a Motion for Voluntary Remand and Response to Plaintiffs' Motions for Summary Judgment (ECF 146 in *CBD*; ECF 165 in *California*; ECF 109 in *ALDF*).  Pursuant to Civil Local Rule 7-3(a), responses to the remand motion are due December 27, 2021, with reply brief due January 3, 2022.  The hearing on the remand motion is not scheduled until March 10, 2022.

In the remand motion, Federal Defendants informed the Court and the parties for the first time that they have ceased work on any revisions to the challenged 2019 ESA regulations and will not recommence that work until the Court either grants their motion for remand without

---

[1] Plaintiffs are submitting the same motion in each of the three related cases.

vacatur or denies that motion and rules on the summary judgment motions. *See* Third Frazer Decl. ¶¶ 12–14; *id.* ¶ 14 ("should the Court remand the rules to the Services as requested, FWS would again make the rulemaking revisions a high priority") (ECF 146-1 in *CBD*, ECF 165-1 in *California*, ECF 109-1 in *ALDF*); Fourth Rauch Decl. ¶¶ 10–11 (ECF 146-2 in *CBD*, ECF 165-2 in *California*, ECF 109-2 in *ALDF*).

The remaining dates in the court-ordered summary judgment briefing schedule, however, come after briefing on the remand motion is complete: Defendant-Intervenors' combined responses and summary judgment cross-motions are due January 7, 2022; Plaintiffs' combined replies and oppositions are due January 28, 2022; Federal Defendants' reply is due February 25, 2022; and Defendant-Intervenors' replies are due March 10, 2022 (the same day on which Federal Defendants' motion for remand is currently scheduled for hearing). Because the Court's decision on the remand motion could moot the parties' summary judgment motions, Defendant-Intervenors moved on December 15, 2021, to suspend the remainder of the summary judgment briefing in all three cases until the Court rules on the remand motion (ECF 147 in *CBD*; ECF 168 in *California*; ECF 110 in *ALDF*).

Plaintiffs understand that a ruling on Federal Defendants' remand motion could moot the summary judgment motions and make further briefing unnecessary. However, Plaintiffs could not stipulate to a suspension of summary judgment briefing because it could further delay the Federal Defendants' work on revised ESA regulations. If the briefing schedule was suspended and the Court denied the remand motion after the March 10, 2022 hearing, summary judgment briefing would then re-start, adding at least another three months before the summary judgment briefing was completed and ready for court hearing and decision in the summer/fall of 2022.

During all this time, the Federal Defendants, according to the declarations submitted with their remand motion, would not be working on revised ESA regulations, despite their admitted "substantial and legitimate" concerns about the challenged 2019 Rules. Plaintiffs cannot agree to a suspension of briefing that could keep the invalid regulations in force for months longer.

Counsel for Plaintiffs have reviewed the Court's online calendar, and it shows no Thursday (civil motion day) available for hearing until March 3, 2022. Due to the remand

motion briefing schedule overriding the summary judgment schedule, Plaintiffs respectfully ask the Court to set an expedited hearing on Federal Defendants' remand motion in January 2022, as soon as possible after briefing is completed on January 3, 2022.  If no January 2022 hearing is possible, Plaintiffs ask the Court to rule on the remand motion in January 2022 without oral argument pursuant to Civil Local Rule 7-1(b).[2]

Respectfully submitted this 16th day of December, 2021.

s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (WSBA # 55822)*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
Ph: (206) 343-7340
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089
atreece@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of the United States*

REBECCA RILEY (ISBA # 6284356)*
NATURAL RESOURCES DEFENSE COUNCIL
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Ph: 312-651-7900
rriley@nrdc.org

*Attorney for Natural Resources Defense Council*

KARIMAH SCHOENHUT (DCB #1028390)*
SIERRA CLUB
50 F. St. NW, 8th Floor
Washington, DC 20001
Ph: 202-548-4584
karimah.schoenhut@sierraclub.org

---

[2] If the Court grants this motion to expedite, Plaintiffs will not oppose Defendant-Intervenors' motion to suspend summary judgment briefing.

| | |
|---|---|
| 1 | |
| 2 | *Attorney for Sierra Club* |
| 3 | RYAN ADAIR SHANNON (OSB # 155537)*<br>CENTER FOR BIOLOGICAL DIVERSITY |
| 4 | P.O. Box 11374<br>Portland, OR 97211 |
| 5 | Ph: 503-283-5474 ext. 407<br>rshannon@biologicaldiversity.org |
| 6 | *Attorney for Center for Biological Diversity* |
| 7 | *Admitted pro hac vice |

PLAINTIFFS' JOINT UNOPPOSED MOTION TO EXPEDITE HEARING ON MOTION FOR REMAND
Case No. 4:19-cv-05206-JST                    4