IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDEARTH GUARDIANS, and THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEB HAALAND, U.S. Secretary of the Interior, U.S. FISH AND WILDLIFE SERVICE, GINA RAIMONDO, U.S. Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE,<br><br>*Defendants*,<br><br>and<br><br>STATE OF ALABAMA, *et al.*,<br><br>*Defendant-Intervenors*. | Case No. 4:19-cv-05206-JST<br><br>Related Cases:  No. 4:19-cv-06013-JST<br>　　　　　　　　No. 4:19-cv-06812-JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT RULE 59(e) MOTION TO ALTER OR AMEND ORDER AND JUDGMENT |

Upon due consideration and for good cause shown, the Court GRANTS Plaintiffs' Joint Rule 59(e) Motion to Alter or Amend Order and Judgment and AMENDS the Court's Order Granting Motion to Remand and Vacating Challenged Regulations, ECF 168, and Judgment, ECF 169, to find that the Services violated the National Environmental Policy Act when promulgating the 2019 ESA Rules.  The 2019 ESA Rules are remanded to the Services with vacatur and the schedule as detailed in the accompanying order.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT RULE 59(e) MOTION TO ALTER OR AMEND ORDER AND JUDGMENT
Case No. 4:19-cv-05206-JST