TODD KIM
Assistant Attorney General
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,<br><br>     Plaintiffs,<br><br>      vs.<br><br>HAALAND, ET AL.,<br><br>     Federal Defendants,<br><br>and<br><br>STATE OF ALABAMA, ET. AL.,<br><br>     Defendant-Intervenors. | Case. No. 4:19-cv-05206-JST<br><br>Related Cases: No. 4:19-cv-06013-JST<br>       No. 4:19-cv-06812-JST<br><br>**FEDERAL DEFENDANTS' NOTICE** |

1    For the Court and parties' awareness, Federal Defendants provide notice of

2    updates to the rulemaking schedules set forth in the Sixth Declaration of Gary D.

3    Frazer and Seventh Declaration of Samuel D. Rauch III.

4    The U.S. Fish and Wildlife Service and National Marine Fisheries Service

5    ("Services") submitted draft proposed regulations to the Office of Management and

6    Budget ("OMB") on February 21, 2023. *See* Seventh Declaration of Gary D. Frazer

7    ¶ 3. OMB accepted the draft proposed regulations on March 7, 2023. *Id.* The

8    Services are attempting to maintain their existing rulemaking schedule, but it is

9    possible that the proposed rules will not be submitted to the Federal Register until

10   mid-June 2023. *Id.* The Services still endeavor to submit final rules to the Federal

11   Register by May 2024. *Id.*

12

13

14   DATED: March 15, 2023.

15

16                                    TODD KIM
                                      Assistant Attorney General
17                                    MEREDITH L. FLAX, Assistant Chief

18                                    */s/ Coby Howell.*
                                      COBY HOWELL, Senior Trial Attorney
19                                    U.S. Department of Justice
                                      Environment & Natural Resources Division
20                                    Wildlife & Marine Resources Section
                                      MICHAEL R. EITEL, Senior Trial Attorney
21                                    U.S. Department of Justice
                                      Environment & Natural Resources Division
22                                    Wildlife & Marine Resources Section
                                      1000 S.W. Third Avenue
23                                    Portland, OR 97204
                                      Phone: (503) 727-1023
24

Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Coby Howell*
COBY HOWELL, Senior Attorney

Fed. Defs.' Notice, 4:19-cv-05206-JST